**Order entered December 16, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00616-CV

### TIMOTHY BROOKS, Appellant

### V.

### WELLS FARGO BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05401-E**

## ORDER

Before the Court is appellant's December 14, 2016 pro se third motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion.

We **ORDER** appellant to file the brief **on or before January 16, 2017.** We expressly caution that failure to file a brief may result in the dismissal of this appeal without further notice. TEX. R. APP. P. 38.8(a)(1).

/s/    ELIZABETH LANG-MIERS
        JUSTICE